UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00060-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CREDELL WESLEY,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, March 28, 2007,** and responses to these motions shall be filed by **Monday, April 9, 2007.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, April 13, 2007, at 4:00 p.m. in courtroom A-1002.** It is

    FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, April 23, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: February 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge