IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00060

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

CREDELL WESLEY,

Defendant.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY

The jury trial date of June 25, 2007 is hereby VACATED and RESET to **Thursday, June 21, 2007 at 1:30 p.m.** in Courtroom C-203 of the Byron G. Rogers Courthouse located at 1929 Stout Street, Denver, Colorado. Judge Hegarty has allowed one and one half days for this proceeding. The motion hearing set to proceed on June 13, 2007, in Colorado Springs, Colorado is further VACATED. A motions hearing/pretrial conference shall be held in Courtroom C-203 before Judge Hegarty on **June 8, 2007, at 1:30 p.m.** Counsel are granted leave of Court to appear at this hearing telephonically if they so desire. If counsel are planning on appearing by telephone they are directed to contact the chambers at (303) 844-4507 and so advise.

May 14, 2007